**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
STEVE MEZA,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MEZA, | Case No.: 2:18-cv-01296-DSF-RAO |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| | |
| LENDMARK FINANCIAL | |
| SERVICES, LLC, | |
| Defendant(s), | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, STEVE MEZA, by and through the undersigned

counsel, and hereby notifies this Honorable Court that the parties have reached an

agreement to settle the instant matter in its entirety. The parties, through counsel,

- 1 -

are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

RESPECTFULLY SUBMITTED,

Dated: April 11, 2018          **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.


By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.

- 3 -